# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOEL THOMAS,

      Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

Between on or about May 29, 2012 and on or about August 2, 2013, in the District of Colorado and elsewhere, the defendant, JOEL THOMAS, did knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

1.      The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Section 2253.

2.      Upon conviction of any of the violations alleged in Count 1 of this Information involving violations of Title 18, United States Code Section 2252A, the defendant, JOEL THOMAS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a)      any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c)      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      The property subject to forfeiture, pursuant to Title 18, United States Code Section 2253, includes, but is not limited to, the following item:  one Apple Macbook A1181 laptop, serial number W88338KC0P1.

4.      If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

a)      cannot be located upon the exercise of due diligence;

b)      has been transferred or sold to, or deposited with, a third party;

c)      has been placed beyond the jurisdiction of the Court;

d)      has been substantially diminished in value; or

e)    has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.


JASON R. DUNN
United States Attorney

By: *s/ Alecia L. Riewerts*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Alecia.Riewerts@usdoj.gov

*s/ Lauren S. Kupersmith*
Trial Attorney
Child Exploitation & Obscenity Section
U.S. Department of Justice, Criminal Division
1400 New York Avenue, N.W., Ste. 600
Washington, DC 20005
Telephone:  202-514-5780
E-mail: Lauren.Kupersmith@usdoj.gov

Attorneys for Government