| | |
|---|---|
| DEFENDANT: | JOEL THOMAS |
| YOB: | 1980 |
| COMPLAINT FILED? | _____ Yes   _x_ No<br>If Yes, MAGISTRATE CASE NUMBER _____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   _x_ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 2252A(a)(5)(B) (Accessing with Intent to View Child Pornography) |
| LOCATION OF OFFENSE: | ARAPAHOE COUNTY, Colorado, and Elsewhere |
| PENALTY: | Count 1: If it is determined that the defendant has no prior sex-related convictions, NMT 10 years; NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment. If defendant has a prior conviction under Chapters 110, 71, 109A, or 117 of Title 18; or under Section 920 of Title 10 (Article 120 of the Uniform Code of Military Justice); or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.<br><br>Forfeiture Allegation |
| AGENT: | Allison Hirsch and Adam Krob<br>Special Agents, FBI |
| AUTHORIZED BY: | Alecia L. Riewerts<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention is not applicable to this defendant.

1