COLORADO

## Table 10

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
### BY TYPE OF CRIME
### Fiscal Year 2018

**National**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | **68,902** | 35,127 | 51.0 | 396 | 0.6 | 6,948 | 10.1 | 6,259 | 9.1 | 2,972 | 4.3 | 17,200 | 25.0 |
| **Child Pornography** | **1,416** | 404 | 28.5 | 9 | 0.6 | 27 | 1.9 | 0 | 0.0 | 88 | 6.2 | 888 | 62.7 |
| **Drug Trafficking** | **18,730** | 6,786 | 36.2 | 68 | 0.4 | 4,015 | 21.4 | 1,332 | 7.1 | 932 | 5.0 | 5,597 | 29.9 |
| **Firearms** | **7,496** | 4,178 | 55.7 | 65 | 0.9 | 511 | 6.8 | 3 | 0.0 | 317 | 4.2 | 2,422 | 32.3 |
| **Fraud/Theft/Embezzlement** | **6,528** | 3,069 | 47.0 | 30 | 0.5 | 911 | 14.0 | 4 | 0.1 | 241 | 3.7 | 2,273 | 34.8 |
| **Immigration** | **23,750** | 15,458 | 65.1 | 120 | 0.5 | 177 | 0.7 | 4,900 | 20.6 | 779 | 3.3 | 2,316 | 9.8 |
| **Money Laundering** | **1,296** | 325 | 25.1 | 2 | 0.2 | 381 | 29.4 | 2 | 0.2 | 87 | 6.7 | 499 | 38.5 |
| **Robbery** | **1,720** | 662 | 38.5 | 26 | 1.5 | 264 | 15.3 | 3 | 0.2 | 124 | 7.2 | 641 | 37.3 |
| **Sexual Abuse** | **1,067** | 429 | 40.2 | 3 | 0.3 | 81 | 7.6 | 1 | 0.1 | 76 | 7.1 | 477 | 44.7 |
| **Other Miscellaneous Offenses** | **6,899** | 3,816 | 55.3 | 73 | 1.1 | 581 | 8.4 | 14 | 0.2 | 328 | 4.8 | 2,087 | 30.3 |

**Colorado**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | **518** | 215 | 41.5 | 1 | 0.2 | 89 | 17.2 | 58 | 11.2 | 18 | 3.5 | 137 | 26.4 |
| **Child Pornography** | **14** | 8 | 57.1 | 0 | 0.0 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 5 | 35.7 |
| **Drug Trafficking** | **142** | 40 | 28.2 | 1 | 0.7 | 58 | 40.8 | 0 | 0.0 | 3 | 2.1 | 40 | 28.2 |
| **Firearms** | **111** | 63 | 56.8 | 0 | 0.0 | 11 | 9.9 | 0 | 0.0 | 2 | 1.8 | 35 | 31.5 |
| **Fraud/Theft/Embezzlement** | **42** | 22 | 52.4 | 0 | 0.0 | 7 | 16.7 | 0 | 0.0 | 2 | 4.8 | 11 | 26.2 |
| **Immigration** | **122** | 39 | 32.0 | 0 | 0.0 | 1 | 0.8 | 58 | 47.5 | 6 | 4.9 | 18 | 14.8 |
| **Money Laundering** | **15** | 7 | 46.7 | 0 | 0.0 | 5 | 33.3 | 0 | 0.0 | 0 | 0.0 | 3 | 20.0 |
| **Robbery** | **13** | 8 | 61.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 7.7 | 4 | 30.8 |
| **Sexual Abuse** | **3** | 2 | 66.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 |
| **Other Miscellaneous Offenses** | **56** | 26 | 46.4 | 0 | 0.0 | 6 | 10.7 | 0 | 0.0 | 3 | 5.4 | 21 | 37.5 |

Of the 69,425 National cases, 523 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 525 cases from the District of Colorado, seven cases were excluded because information was missing from the from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE: U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

EXHIBIT A.001