## BEGIN AGAIN INSTITUTE

# CERTIFICATE OF COMPLETION

This is to certify that

Joel

Has successfully completed the
*Stopping for Good* Online Course.
Given this day of December 19, 2019, 5:22 pm at
Begin Again Institute.



Dr. Michael Barta
Founder, CEO



EXHIBIT E.001