

EXHIBIT F-001



EXHIBIT F.002



EXHIBIT F.003



EXHIBIT F.004



EXHIBIT F.005



06.29.2018 09:29

EXHIBIT F.006



EXHIBIT F.007



EXHIBIT F.008



EXHIBIT F.009



EXHIBIT F.010



EXHIBIT F.011



EXHIBIT F.012



EXHIBIT F.013



EXHIBIT F.014



EXHIBIT F.015