CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES • THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. • ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| THOMAS, JOEL STEVEN | ARMY/RA | 529 31 0730 |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SPC | E4 | 19800709 | Year 2007 Month 01 Day 27 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| FORT CARSON, CO | 6571 S OAK CT<br>LITTLETON, CO  80127 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 5025 GAR SPT HQ AR | FORT CARSON, CO  80913-2544 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| 5025 USAR GARRISON SPT UNIT (W7ZGAA), FORT CARSON, CO 80913 | Amount: $ 250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 31B1O 00 MILITARY POLICE--4 YRS-1 MOS<br>//NOTHING FOLLOWS. | a. Date entered AD This Period | 2003 | 01 | 17 |
| | b. Separation Date This Period | 2004 | 01 | 01 |
| | c. Net Active Service This Period | 0000 | 11 | 15 |
| | d. Total Prior Active Service | 0000 | 07 | 23 |
| | e. Total Prior Inactive Service | 0003 | 03 | 26 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 2000 | 02 | 13 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//ARMY SERVICE RIBBON//EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH PISTOL BAR//SHARPSHOOTER MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//ARMED FORCES RESERVE MEDAL WITH M DEVICE (2ND AWARD)//NOTHING FOLLOWS

**14. MILITARY EDUCATION** (Course title, number of weeks and month and year completed)
TRAFFIC MANAGEMENT & ACCIDENT INVESTIGATION, 6 WEEKS, JUN 2003//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID<br>NONE |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes X | No |
|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION ENDURING FREEDOM IAW 10 USC 12302//SERVICE IN FORT CARSON, CO FROM 20030117-20040101/ SOLDIER IS ELIGIBLE FOR TRANSITIONAL HEALTH CARE UNDER 10 USC SECTION 1145 UNTIL 20040301//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 4750 W 29TH ST #814<br>GREELEY, CO  80634 | STEVE THOMAS<br>6571 S OAK CT<br>LITTLETON, CO  80127 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  CO  DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | TONYA L. ROBINSON-TONEY, SPC, USA, NCOIC TRAN |

DD Form 214-AUTOMATED, NOV 88    Previous editions are obsolete.    MEMBER - 1

EXHIBIT H.001