United States Sentencing Commission
MANDATORY MINIMUM PENALTIES FOR FEDERAL SEX OFFENSES (2019)

**Figure 42.**  Average Sentence Length for Possession of Child Pornography Offenders
*Fiscal Year 2016*



Possession - No Mandatory Minimum (N=633)   55 mos.

Possession - Prior Sex Offense (N=119)   136 mos.

SOURCE:  U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

## *Sentencing of Possession Offenses*

Not surprisingly, the average sentence length for offenders convicted of possession offenses (without a prior sex offense), which do not carry a mandatory minimum penalty, was substantially shorter (55 months) than for those possession offenders who faced a ten-year mandatory minimum penalty because of a prior sex offense conviction (136 months).

As shown in Figure 43, offenders convicted of a possession offense (with a prior sex offense conviction) and relieved of the mandatory minimum penalty had an average sentence of 100 months, 37 months shorter than for those subject to that penalty (137 months).  Relief had a noticeable impact on sentence length for the few offenders who received it.  However, because so few offenders received relief, there is little difference in the overall average sentence length and the average sentence length for those offenders who remained subject to the penalty.  The average sentence for offenders convicted of a possession offense without a mandatory minimum penalty was also shorter than the average sentence for offenders convicted of a possession offense (with a prior sex offense) who were relieved of the mandatory minimum penalty (55 months compared to 100 months).

**Figure 43.**  Impact of Relief on Average Sentence Length of Child Pornography Offenders Convicted of an Offense Carrying a Mandatory Minimum Penalty
*Fiscal Year 2016*



**Convicted of an Offense Carrying a Mandatory Minimum Penalty**
136 mos.

**Relieved of Mandatory Minimum Penalty**
100 mos.

**Subject to Mandatory Minimum Penalty at Sentencing**
137 mos.

SOURCE:  U.S. Sentencing Commission, 2016 Datafile, USSCFY16.

**EXHIBIT I.001**