**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL THOMAS,

    Defendant.

---

**UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

---

    The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, Alecia L. Riewerts, Assistant United States Attorney, and Lauren S. Kupersmith, Trial Attorney, Child Exploitation and Obscenity Section, U.S. Department of Justice, respectfully moves for an additional one-level reduction in defendant Joel Thomas's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

//

//

//

//

Dated this 6th day of January, 2020.

                        Respectfully submitted,

                        JASON R. DUNN
                        United States Attorney

By:   *s/Alecia L. Riewerts*
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       E-mail: Alecia.Riewerts@usdoj.gov

       *s/Lauren S. Kupersmith*
       Trial Attorney
       Child Exploitation & Obscenity Section
       U.S. Department of Justice, Crim. Div.
       1400 New York Ave. N.W., Suite 600
       Washington, DC 20005
       Telephone: 202-514-5780
       E-mail:  Lauren.Kupersmith@usdoj.gov

       Attorneys for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                                s/Lauren S. Kupersmith
                                                Trial Attorney
                                                Child Exploitation & Obscenity Section
                                                U.S. Department of Justice, Crim. Div.