**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOEL THOMAS,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the United States to grant defendant Joel Thomas an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that defendant Joel Thomas be granted an additional one-level decrease in the offense level.

Dated this _____ day of _____, 2020.

                            BY THE COURT

                            _____
                            JUDGE CHRISTINE M. ARGUELLO
                            UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO