# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00397-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOEL THOMAS,

        Defendant.

_____

## GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT
_____

      The United States of America, by and through United States Attorney Jason R. Dunn for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, and Lauren S. Kupersmith, Trial Attorney, hereby submits this Response to Defendant's Sentencing Statement [ECF #24]. For the reasons articulated in the Government's Amended Sentencing Statement [ECF # 22], the government opposes a sentence of probation and asks the Court to sentence the defendant to 63 months imprisonment. A sentence of imprisonment to 63 months, which is at the bottom of the advisory guidelines range, is a fair and just sentence and takes into consideration all of the circumstances of this case, including the factors delineated in 18 U.S.C. § 3553(a) and the defendant's acceptance of responsibility.

//

//

DATED this 6th day of January 2020.

                        Respectfully submitted,

                        JASON R. DUNN
                        United States Attorney

By:   *s/Alecia L. Riewerts*
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       E-mail: Alecia.Riewerts@usdoj.gov

       *s/Lauren S. Kupersmith*
       Trial Attorney
       Child Exploitation & Obscenity Section
       U.S. Department of Justice, Crim. Div.
       1400 New York Ave. N.W., Suite 600
       Washington, DC 20005
       Telephone: 202-514-5780
       E-mail:  Lauren.Kupersmith@usdoj.gov

       Attorneys for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/Lauren S. Kupersmith
Trial Attorney
Child Exploitation & Obscenity Section
U.S. Department of Justice, Crim. Div.

3