PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

[✓] **Original Notice**   [X] **Notice of Disposition**

**Date:** 09/11/2019    **Date:** 1/16/2020
**By:** R. Sams    **By:** S. West

**Defendant:** Joel Steven Thomas    **Case Number:** 19-cr-00397-CMA-1
**Date of Birth:** ▓ 1980    **Place of Birth:** Utah
**SSN:**

**Notice of Court Order** (Order Date: 09/11/2019 )

[✓] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number  475535157  and/or passport card number _____ to the custody of the U.S. District Court on  09/11/2019 .

### NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court