**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-CR-379—1-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    Pursuant to General Order 2020-7, Wadi Muhaisen, enters his appearance on behalf of Joel Thomas.  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Joel Thomas

    DATED at Denver, Colorado this 25th day of August, 2020

    /S/ Wadi Muhaisen

Wadi Muhaisen
Muhaisen & Muhaisen, LLC
1435 Larimer Street, Ste. 203
Denver, CO 80202
303-872-0084
wadi@muhaisenlaw.com

## Certificate of Service

I hereby certify that on August 25, 2020, I presented the foregoing to the Clerk of Court for filing via ECF and served the following electronically:

United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Fax: (303) 454-0400


/S/ Wadi Muhaisen