RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7019 1640 0000 5397 6341

**USPS FIRST CLASS MAIL®**

1

$2.60 US POSTAGE
9 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

stamps endicia
09/01/2020

062S0009566018
12491799
FROM 80134

SHIP TO:
Jeffery P. Colwell
Court Clerk
1823 Stout Street
Denver CO 80257-0001

Thomas
4616 Sonado PL
Parker CO 80134-4560

C000

U.S. POSTAGE PAID
FCM LG ENV
PARKER, CO
80134
AUG 31, 20
AMOUNT
$6.40
R2305M144335-06

PARKER CO 80134 AUG 31 2020

80257

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffery P. Colwell
Court Clerk
1823 Stout St.
Denver CO 80257

2. Article Number (Transfer from service label)
7019 1640 0000 5397 6341

9590 9402 5976 0062 7312 91

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RECEIVED
U.S. COURT OF APPEALS
2020 SEP -2 AM 9:44