IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT ECF DOCUMENT #45

The United States of America, by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully moves to restrict ECF Document #45, the exhibits attached thereto, and any order revealing the contents of those documents, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 1" restriction**, which would make ECF #45, the exhibits attached thereto, and any order revealing the contents of those documents "viewable by parties and court" only.

          Respectfully submitted,

          JASON R. DUNN
          United States Attorney

By:    s/ *Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: Alecia.Riewerts@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 11th day of September, 2020, I electronically filed the foregoing **MOTION TO RESTRICT ECF DOCUMENT #45** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Wadi Muhaisen**

**Email:  wadi@muhaisenlaw.com**

                By:  *s/ Alecia L. Riewerts*
                ALECIA L. RIEWERTS
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone: 303-454-0100
                E-mail: Alecia.Riewerts@usdoj.gov