19 NOV 2020

Office of the Clerk
United States District Court
901 19th St RM A105
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2020

JEFFREY P. COLWELL
CLERK

RE: Motion for Return of Property, by Joel Thomas. (Filed on 9/4/2020)

Dear Sir or Mamm,

    I'm writing to inquire about the status of my motion filed on 9/4/2020, Case number 1:19-cr-00397-CMA filed by Dft. No 1 - Joel Thomas, per se. As of 19 NOV 2020 I have had no response from the government or the courts in regards to the Motion filed in regards to the Return of Property. If I could please have a status of the motion in its process I would be grateful. Thank you for your time in this matter.

- Joel Thomas

please reply to:

Joel Thomas
Reg # 45461-013
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Joel Thomas 45461013
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Office of the Clerk
United States District Court
901 19e St., Room A105
Denver, CO 80294-3589
Official Business

DENVER CO 802
20 NOV 2020 PM 2 L

80294-250151

