**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOEL THOMAS,

        Defendant.

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO RECONSIDER COURT'S ORDER FOR RETURN OF PROPERTY**
_____

        The United States of America ("the government"), by and through United States Attorney for the District of Colorado Jason R. Dunn and Alecia L. Riewerts, Assistant United States Attorney, respectfully submits the following response to the Defendant's Motion to Reconsider [ECF #53] ("Def. Mot. to Rec."). The Defendant's Motion to Reconsider is now moot, as further described below.

        1.    On October 2, 2019, the Defendant pled guilty to an Information charging him with one count of Access with Intent to View Child Pornography. ECF #15. On January 13, 2020, the Defendant was sentenced in relation to his guilty plea. ECF #32. Judgment was entered on January 16, 2020. ECF #33.

        2.    As part of the Plea Agreement in this case, the Defendant abandoned and forfeited his interest in one Apple MacBook A1181 laptop, serial number W88338KC0P1 ("Apple MacBook"). ECF #16.

      3.      In the Defendant's Motion to Reconsider, the Defendant clarifies that he is not seeking the return of the aforementioned abandoned and forfeited Apple MacBook. Def. Mot. to Rec. at 1-2.  He clarifies that he is seeking the return of the remainder of the property listed on the property receipt attached to his original motion.  Defendant's Motion for Return of Property, Attachment #1 [ECF #42-1] at 8-9 ("Receipt for Property").

      4.      As background, communications regarding the return of the remainder of the Defendant's property began prior to the Defendant's sentencing and continued after the Defendant's sentencing between and among the parties, to include counsel of record at the time the Defendant was sentenced, the FBI agent assigned to the case at the time the Defendant was sentenced, and undersigned counsel.  Undersigned counsel observes that the communications near the time of the Defendant's sentencing between the FBI agent assigned to the case at the time and undersigned counsel extended into late February 2020, not long before the emergency orders began to be issued in the District of Colorado in response to the spread of COVID-19 (coronavirus).

      5.      Undersigned counsel has reviewed a list of the items seized from the Defendant's residence pursuant to search warrant on November 25, 2013, with the FBI agent currently assigned to the case.  The Apple MacBook, as is agreed, has been abandoned and forfeited and will not be returned to the Defendant.[1]  The remainder of the items contained in the Receipt for Property will be returned to the Defendant.  Many of the items to be returned are digital storage devices, to include multiple computers,

---

1 For purposes of clarification, the Apple MacBook referred to in the Plea Agreement and Judgment is listed on the second line of the Receipt for Property as "Apple laptop computer PWD fa1rdriv".  Receipt for Property at 8.

2

hard drives, and USB drives. *Id.* at 8-9. Consistent with FBI policy, these digital storage devices had to be forensically wiped before being returned to the Defendant.

6. Undersigned counsel has received confirmation from the FBI agent currently assigned to the case that the Defendant's unforfeited property is now ready to be returned to the Defendant. Undersigned counsel has contacted Doug Richards in order to determine to whom the Defendant would like the unforfeited property returned, as Mr. Richards was trial counsel at the time these issues were being discussed. Mr. Richards has graciously agreed to facilitate the return of the unforfeited property by determining to whom the Defendant would like the property released. When the Defendant designates the individual to whom the unforfeited property should be released, undersigned counsel will convey that information to the FBI agent currently assigned to the case, who will return the unforfeited property to that individual.

WHEREFORE, the Defendant's Motion to Reconsider is now moot, as the government intends to return the unforfeited property to the Defendant when the Defendant designates the individual to whom the property should be returned.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    By: *s/ Alecia L. Riewerts*
    ALECIA L. RIEWERTS
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Alecia.Riewerts@usdoj.gov
    Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2021, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFNDANT'S MOTION TO RECONSIDER COURT'S ORDER FOR RETURN OF PROPERTY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Douglas Ivan Richards
doug@richardscarrington.com

Wadi F. Muhaisen
wadi@muhaisenlaw.com

Further, I certify that I mailed the foregoing **GOVERNMENT'S RESPONSE TO DEFNDANT'S MOTION TO RECONSIDER COURT'S ORDER FOR RETURN OF PROPERTY** to:

Joel Thomas
#45461-013
Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government