# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT ECF DOCUMENT #66

The United States of America, by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully moves to restrict ECF Document #66, the exhibits attached thereto, and any order revealing the contents of those documents, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 1" restriction**, which would make ECF #66, the exhibits attached thereto, and any order revealing the contents of those documents "viewable by parties and court" only.

                                Respectfully submitted,

                                COLE FINEGAN
                                United States Attorney

By:    s/ *Alecia L. Riewerts*
          ALECIA L. RIEWERTS
          Assistant United States Attorney
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          E-mail: Alecia.Riewerts@usdoj.gov
          Attorney for Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of April, 2022, I electronically filed the foregoing **MOTION TO RESTRICT ECF DOCUMENT #66** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

    Wadi F. Muhaisen
    wadi@muhaisenlaw.com

    Douglas Ivan Richards
    doug@richardscarrington.com

Additionally, I hereby certify that due to the hour of this filing, defendant Joel Thomas will be sent a copy of this filing via United States Postal Service on April 22, 2022, at the following address:

    Joel Thomas
    Federal Correctional Institution
    9595 W. Quincy Avenue
    Littleton, CO 80123

                                                              By: *s/ Alecia L. Riewerts*
                                                              ALECIA L. RIEWERTS
                                                              Assistant U.S. Attorney
                                                              U.S. Attorney's Office
                                                              1801 California Street, Suite 1600
                                                              Denver, CO 80202
                                                              Telephone: 303-454-0100
                                                              E-mail: Alecia.Riewerts@usdoj.gov