IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00397-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

## ORDER TO RESTRICT DOCUMENT #66

This matter is before the Court on the Government's Motion to Restrict ECF Document #66. Upon consideration and for good cause shown,

IT IS ORDERED that ECF Document #66, the exhibits attached thereto, and any order revealing the contents of those documents, shall be restricted to "Level 1" and will be "viewable by parties and court" only.

IT IS SO ORDERED on this ____ day of April, 2022.

_____
JUDGE CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO