IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:19-cr-00397-CMA

UNITED STATES OF AMERICA,  (
    Plaintiff.  (
                     (
v.                   (  NOTICE OF APPEAL
                     (
JOEL THOMAS,  (
    Defendant.  (

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2022

JEFFREY P. COLWELL
CLERK

Notice is hereby given that Joel Thomas, Defendant, acting Pro Se, in the above case, hereby appeal to the United States Court of Appeals for the 10th Circuit from the Final Order Denying Defendant's Motion To Reconsider Defendant's Motion To Modify Supervised Release Conditions (Doc #61), entered in this case action on April 28, 2022, (Doc #68).

(s) _____
Joel Thomas, Defendant
REG# 45461-013
Pro Se
FCI Englewood
9595 W Quincy Ave
LIttleton, CO 80123

CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of May, 2022, I mailed the forgoing Motion of Notice Of Appeal to the Clerk of the Court using the United States Postal Service on May 3rd, 2022 to the following address:

Clerk Of The Court
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

_____
Joel Thomas, Defendant
Pro Se
REG# 45461-013
FCI Englewood
9595 W Quincy Ave, Littleton, CO



Joel Thomas REG# 45461-013
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Clerk Of The Court
Alfred A Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294