APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:19-cr-00397-CMA-1

| | |
|---|---|
| Case title: USA v. Thomas | Date Filed: 09/11/2019 |
| | Date Terminated: 01/16/2020 |

Assigned to: Judge Christine M. Arguello

**Defendant (1)**

| | | |
|---|---|---|
| **Joel Thomas**<br>TERMINATED: 01/16/2020 | represented by | **Joel Thomas**<br>#45461-013<br>ENGLEWOOD<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>9595 WEST QUINCY AVENUE<br>LITTLETON, CO 80123<br>PRO SE<br><br>**Douglas Ivan Richards**<br>Richards Carrington, LLC<br>1444 Blake Street<br>Denver, CO 80202<br>303-962-2690<br>Fax: 303-962-2691<br>Email: doug@richardscarrington.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Wadi F. Muhaisen**<br>Muhaisen & Muhaisen LLC-Larimer Street<br>1435 Larimer Street<br>Suite 203<br>Denver, CO 80202<br>303-872-0084<br>Fax: 303-558-4128<br>Email: wadi@muhaisenlaw.com<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C.§ 2252A9a)(5)(B) Accessing with intent to View Child Pornography<br>(1) | Defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of FORTY-EIGHT (48) MONTHS. Supervised release for a term of FIVE (5) YEARS. Special Assessment of $100.00. Restitution of $5,000.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alecia Lynne Riewerts** |

U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0406
Email: Alecia.Riewerts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Lauren Sara Kupersmith**
U.S. Department of Justice-DC-1400 New York Avenue
1400 New York Avenue, N.W.
Washington, DC 20530
202-514-1564
Email: lauren.kupersmith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2019 | 1 | INFORMATION as to Joel Thomas (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (evana, ) (Entered: 09/12/2019) |
| 09/11/2019 | 2 | Passport Receipt as to Joel Thomas. Surrender of passport re Bond Conditions; Passport Number 475535157 issued by USA (evana, ) (Entered: 09/12/2019) |
| 09/11/2019 | 3 | NOTICE OF ATTORNEY APPEARANCE: Douglas Ivan Richards appearing for Joel Thomas. Attorney Douglas Ivan Richards added to party Joel Thomas(pty:dft) (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 4 | MINUTE ENTRY for Initial Appearance, Arraignment, Waiver of Indictment, Discovery and Detention as to Joel Thomas held before Magistrate Judge Kathleen M. Tafoya on 9/11/2019. Defendant present on summons. Waiver of Indictment accepted by the Court. Information is accepted by the Court. Defendant waives formal reading and advisement and enters a Plea of NOT GUILTY to the Information. Discovery memorandum executed. Arguments regarding Detention. Defendant's Exhibits A and B are admitted. Bond set as to Joel Thomas (1) $10,000 Unsecured with conditions as stated on the record. Defendant advised of conditions of bond and remanded for processing and release. Discussion regarding a property bond. Counsel is directed to chambers. (Total time: 90 minutes, Hearing time: 1:40-2:58)<br><br>**APPEARANCES**: Alecia Riewerts on behalf of the Government, Douglas Richards on behalf of the defendant, James Murphyand Pat Hanley on behalf of probation. FTR: 402. (morti, ) Text Only Entry (Entered: 09/12/2019) |
| 09/11/2019 | 5 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days or less as to Joel Thomas, by Magistrate Judge Kathleen M. Tafoya on 9/11/19. (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 6 | RESTRICTED DOCUMENT - Level 1: (Attachments: # 1 Exhibits A and B) by Joel Thomas. (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 7 | WAIVER OF INDICTMENT by Joel Thomas by Magistrate Judge Kathleen M. Tafoya on 9/11/19. (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 8 | Unsecured Bond Entered as to Joel Thomas in amount of $ $10,000. (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 9 | ORDER Setting Conditions of Release as to Joel Thomas (1) $10,000 Unsecured by Magistrate Judge Kathleen M. Tafoya on 9/11/19. (morti, ) (Entered: 09/12/2019) |
| 09/11/2019 | 12 | **DOCKETING ERROR** Information as to Joel Thomas. (evana, ) (Modified on 9/27/2019 this is a duplicate document of 1 ) (evana, ). (Entered: 09/27/2019) |
| 09/24/2019 | 11 | ORDER as to Defendant Joel Thomas. Pretrial motions due by 10/1/2019. Responses due by 10/8/2019. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov no later than 10/9/2019 to set such a hearing. Final Trial Preparation Conference/Change of Plea Hearing set for 10/15/2019, at 10:00 AM in Courtroom A602 before Judge Christine M. Arguello. Five-day Jury Trial set to begin 10/21/2019, at 8:30 AM. It is FURTHER ORDERED that the Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed.R.Crim.P.16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, e.g., questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled Unopposed Motion for _____, and the parties shall submit the proposed order the parties wish the Court to enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. It is FURTHER ORDERED that parties are expected to comply with this Court's "Criminal Practice Standards" (see www.cod.uscourts.gov, under tab "Court Operations/Rules & Procedures/Judicial Practice Standards"). SO ORDERED by Judge Christine M. Arguello on 9/24/2019. Text Only Entry (cmalc3) (Entered: 09/24/2019) |
| 09/27/2019 | 13 | NOTICE of Disposition and Request to set Change of plea hearing by Joel Thomas (Richards, Douglas) (Entered: 09/27/2019) |
| 10/01/2019 | 14 | ORDER re Notice of Disposition and Request for Change of Plea 13 . Pursuant to correspondence between counsel and Chambers, it is ORDERED that Defendant's Change of Plea Hearing set for 10/15/2019, is VACATED and RESET to 10/2/2019, at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello. The Final Trial Preparation Conference, which, along with |

| | | |
|---|---|---|
| | | the trial date, will remain as scheduled, and will not be vacated until Defendant's plea is entered and accepted by the Court. The filing timeframes set forth in CMA Crim. Practice Standards 17.1(b), 24(d), and 30(c) are tolled until the change of plea hearing. Counsel for the parties shall deliver a courtesy copy of the Plea Agreement to Judge Arguello's chambers, via email or fax, no less than 24 hours before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant in Advance of Change of Plea and Plea Agreement should be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). It is FURTHER ORDERED that defense counsel who has reviewed and advised Defendant Joel Thomas regarding the facts, discovery, and plea agreement must attend this Change of Plea Hearing. SO ORDERED by Judge Christine M. Arguello on 10/1/2019. Text Only Entry (cmalc3) (Entered: 10/01/2019) |
| 10/02/2019 | 15 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Change of Plea Hearing as to Joel Thomas held on 10/2/2019. Plea entered by Defendant; Guilty as to Count 1 of the Information. Sentencing set for 1/13/2020 at 3:00 p.m. in Courtroom A 602, before Judge Christine M. Arguello. All other dates are **VACATED** and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than 7 days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present on bond; Defendant's bond continued. (Total time: 29 Minutes, Hearing time: 11:02 a.m. -- 11:31 a.m.)<br><br>**APPEARANCES**: Lauren Kupersmith and Alecia Riewerts on behalf of the Government; Douglas Richards on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 10/02/2019) |
| 10/02/2019 | 16 | PLEA AGREEMENT as to Joel Thomas. (swest) (Entered: 10/02/2019) |
| 10/02/2019 | 17 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Joel Thomas. (swest) (Entered: 10/02/2019) |
| 12/10/2019 | 18 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Joel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 12/10/2019) |
| 12/23/2019 | 19 | OBJECTION/RESPONSE to Presentence Report 18 by USA as to Joel Thomas (Riewerts, Alecia) (Entered: 12/23/2019) |
| 12/23/2019 | 20 | OBJECTION/RESPONSE to Presentence Report by Joel Thomas (Richards, Douglas) (Entered: 12/23/2019) |
| 12/30/2019 | 21 | SENTENCING STATEMENT by USA as to Joel Thomas (Kupersmith, Lauren) (Entered: 12/30/2019) |
| 12/30/2019 | 22 | SENTENCING STATEMENT *(AMENDED)* by USA as to Joel Thomas (Riewerts, Alecia) (Entered: 12/30/2019) |
| 12/30/2019 | 23 | MOTION for Non-Guideline Sentence *Defendant's Motion for Downward Variant Sentence* by Joel Thomas. (Attachments: # 1 Exhibit A - US Sentencing Commission Statistical Information Packet pg. 16, # 2 Exhibit B - US Sentencing Commission Report to Congress 2012, # 3 Exhibit C - Letter from Max Wachtel, # 4 Exhibit D - Character Letters, # 5 Exhibit E - Begin Again Institute Certificate of Completion, # 6 Exhibit F - Photos, # 7 Exhibit G - Letter from Joel Thomas, # 8 Exhibit H - DD 214, # 9 Exhibit I - US Sentencing Commission Report on Child Pornography Mandatory Minimum pg. 46)(Richards, Douglas) (Entered: 12/30/2019) |
| 12/30/2019 | 24 | SENTENCING STATEMENT *Defendant's Sentencing Statement* by Joel Thomas (Richards, Douglas) (Entered: 12/30/2019) |
| 01/02/2020 | 25 | RESTRICTED PRESENTENCE REPORT as to Joel Thomas (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 01/02/2020) |
| 01/02/2020 | 26 | RESTRICTED ADDENDUM to Presentence Report 25 as to Joel Thomas (aarag, ) (Entered: 01/02/2020) |
| 01/06/2020 | 27 | RESTRICTED DOCUMENT - Level 2: as to Joel Thomas. (Attachments: # 1 Exhibit J - Offense Specific Evaluation)(Richards, Douglas) (Entered: 01/06/2020) |
| 01/06/2020 | 28 | RESPONSE by Joel Thomas re: 22 Sentencing Statement filed by USA *Defendant's Response to Government's Amended Sentencing Statement [Doc. #22]* (Richards, Douglas) (Entered: 01/06/2020) |
| 01/06/2020 | 29 | MOTION for Decrease for Acceptance of Responsibility by USA as to Joel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Kupersmith, Lauren) (Entered: 01/06/2020) |
| 01/06/2020 | 30 | RESPONSE by USA as to Joel Thomas re: 24 Sentencing Statement filed by Joel Thomas (Kupersmith, Lauren) (Entered: 01/06/2020) |
| 01/06/2020 | 31 | RESPONSE to Motion by USA as to Joel Thomas re 23 MOTION for Non-Guideline Sentence *Defendant's Motion for Downward Variant Sentence* (Kupersmith, Lauren) (Entered: 01/06/2020) |
| 01/13/2020 | 32 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 1/13/2020 as to Defendant Joel Thomas. **ORDERED**: DENYING 23 Defendant's Motion for Non-Guideline Sentence GRANTING 29 Government's Motion for Decrease for Acceptance of Responsibility. Defendant sentenced as reflected on the record. Defendant present on bond. Defendant's bond is exonerated at the time of voluntary surrender to the institution designated by the Bureau of Prisons. (Total time: 1.0 Hour, Hearing time: 3:02 p.m. -- 4:02 p.m.)<br><br>**APPEARANCES**: Lauren Kupersmith and Alicia Riewerts on behalf of the Government; Douglas Richards on behalf of the Defendant; Trisha Skalmusky on behalf of Probation. Court Reporter: Tamara Hoffschildt. (swest) Text Only Entry (Entered: 01/13/2020) |
| 01/16/2020 | 33 | JUDGMENT as to Defendant Joel Thomas: Count 1 -- Defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of FORTY-EIGHT (48) MONTHS. Supervised release for a term of FIVE (5) YEARS. Special Assessment of $100.00. Restitution of $5,000.00. SO ORDERED by Judge Christine M. Arguello on 1/16/2020. (swest) (Entered: 01/16/2020) |
| 01/16/2020 | 34 | STATEMENT OF REASONS as to Joel Thomas. (swest) (Entered: 01/16/2020) |

| Date | # | Description |
|---|---|---|
| 01/24/2020 | 35 | ORDER to Surrender as to Joel Thomas. Defendant to surrender to FDC Englewood, Littleton, Colorado on 2/5/2020 by 12:00 noon, and will travel at his own expense. SO ORDERED by Judge Christine M. Arguello on 1/24/2020. (swest) (Entered: 01/24/2020) |
| 01/29/2020 | 36 | Passport Receipt as to Joel Thomas re 33 Judgment. Forwarding passport to Dept. of State; Passport Number 475535157 issued by United States. (Attachment: Certified Mail Return Receipt). (swest) (Entered: 01/29/2020) |
| 02/12/2020 | 37 | Receipt for Certified Mail Green Card for Return of Passport to the Department of State upon conviction, as to Joel Thomas (evana, ) (Entered: 02/13/2020) |
| 08/24/2020 | 38 | MOTION to Reduce Sentence pursuant to First Step Act of 2018, Compassionate Release by Joel Thomas. (evana, ) (Entered: 08/24/2020) |
| 08/25/2020 | 39 | NOTICE OF ATTORNEY APPEARANCE: Wadi F. Muhaisen appearing for Joel ThomasAttorney Wadi F. Muhaisen added to party Joel Thomas(pty:dft) (Muhaisen, Wadi) (Entered: 08/25/2020) |
| 08/27/2020 | 40 | AMENDED ORDER as to Joel Thomas: Mr. Muhaisen shall have up to and including **9/4/2020** to supplement 38 Defendant's pro se Motion. The Government and the Probation Office are DIRECTED to file a Response SEVEN DAYS thereafter. The Government's Response shall specifically address: What steps the warden at this facility is taking/has taken to protect especially vulnerable people like Defendant from the COVID-19 virus, what the status of Defendant's administrative request is, and whether the warden has put in place any process to expedite the determination of these types of compassionate release requests. Probation's Response shall specifically address: what steps would need to be taken by their office to put in place adequate supervision if the Court were to find that release is appropriate, what the time frame would be, and what particular risks if any the relief Defendant requests may create for the community. SO ORDERED by Judge Christine M. Arguello on 8/27/2020. Text Only Entry (cmasec) Modified on 8/28/2020 to correct date.(cmasec). (Entered: 08/27/2020) |
| 09/04/2020 | 41 | Second MOTION to Reduce Sentence by Joel Thomas. (Muhaisen, Wadi) (Entered: 09/04/2020) |
| 09/04/2020 | 42 | MOTION for Return of Property, by Joel Thomas. (Attachments: # 1 Exhibit, # 2 Envelope)(angar, ) (Entered: 09/09/2020) |
| 09/11/2020 | 43 | PROBATION RESPONSE TO DEFENDANTS MOTION TO REDUCE SENTENCE 38 as to Joel Thomas (mkitt, ) (Entered: 09/11/2020) |
| 09/11/2020 | 44 | RESPONSE to Motion by USA as to Joel Thomas re 41 Second MOTION to Reduce Sentence (Riewerts, Alecia) (Entered: 09/11/2020) |
| 09/11/2020 | 45 | RESTRICTED DOCUMENT - Level 1: by USA as to Joel Thomas (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5)(Riewerts, Alecia) (Entered: 09/11/2020) |
| 09/11/2020 | 46 | MOTION for Leave to Restrict by USA as to Joel Thomas. (Attachments: # 1 Proposed Order (PDF Only))(Riewerts, Alecia) (Entered: 09/11/2020) |
| 09/17/2020 | 47 | ORDER Granting 46 Motion for Leave to Restrict. Docs. # 45 , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Judge Christine M. Arguello on 9/17/2020. Text Only Entry (cmasec) (Entered: 09/17/2020) |
| 10/01/2020 | 48 | ORDER that the Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i) (Doc. # 41 ) is DENIED after complete review of the Motion on the merits. Additionally, Mr. Thomas's initial Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. # 38 ) is DENIED AS MOOT.), by Judge Christine M. Arguello on 10/1/2020. (evana, ) (Entered: 10/01/2020) |
| 10/05/2020 | 49 | ORDER Denying 42 Motion for Return of Property as to Joel Thomas (1) by Judge Christine M. Arguello on 10/5/2020. (evana, ) (Entered: 10/05/2020) |
| 11/23/2020 | 50 | Letter from Joel Thomas requesting the Status of his 42 Motion for Return of Property (evana, ) (Entered: 11/24/2020) |
| 11/30/2020 | 51 | ORDER as to Joel Thomas re 50 Letter. The Clerk of the Court is DIRECTED to re-mail this Court's 49 Order to Defendant Joel Thomas, #45461-013 Englewood Federal Correctional Institution, Inmate Mail/Parcels 9595 West Quincy Avenue, Littleton, CO 80123. SO ORDERED by Judge Christine M. Arguello on 11/30/2020. Text Only Entry (cmasec) (Entered: 11/30/2020) |
| 12/01/2020 | 52 | Certificate of Service by Joel Thomas re 51 Order, remailing 50 to: Joel Thomas, #45461-013, ENGLEWOOD FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, 9595 WEST QUINCY AVENUE, LITTLETON, CO 80123 (evana, ) (Entered: 12/01/2020) |
| 12/17/2020 | 53 | MOTION for Reconsideration re 49 Order on Motion for Return of Property by Joel Thomas. (evana, ) (Entered: 12/17/2020) |
| 12/18/2020 | 54 | ORDER as to Joel Thomas re 53 MOTION for Reconsideration re 49 Order on Motion for Return of Property. Government's Response due on or before 1/6/2020. SO ORDERED by Judge Christine M. Arguello on 12/18/2020. Text Only Entry (cmasec) (Entered: 12/18/2020) |
| 01/06/2021 | 55 | RESPONSE to Motion by USA as to Joel Thomas re 53 MOTION for Reconsideration re 49 Order on Motion for Return of Property (Riewerts, Alecia) (Entered: 01/06/2021) |
| 01/13/2021 | 56 | ORDER: Denying as moot 53 Motion for Reconsideration pursuant to the 55 Government's Response. SO ORDERED by Judge Christine M. Arguello on 1/13/2021. Text Only Entry (cmasec) (Entered: 01/13/2021) |
| 03/14/2022 | 57 | MOTION to Modify Supervised Release Conditions by Joel Thomas. (sphil, ) (Entered: 03/15/2022) |
| 03/16/2022 | 58 | ORDER: The Government and Probation shall file their Responses to 57 Defendant's Motion to Modify Supervised Release Conditions on or before 3/25/2022. SO ORDERED by Judge Christine M. Arguello on 3/16/2022. Text Only Entry (cmasec) (Entered: 03/16/2022) |
| 03/23/2022 | 59 | PROBATION RESPONSE re: 57 MOTION to Modify Conditions of Release (ntaka) (Entered: 03/23/2022) |

| | | |
|---|---|---|
| 03/25/2022 | [60](#) | RESPONSE to Motion by USA as to Joel Thomas re [57](#) MOTION to Modify Conditions of Release (Riewerts, Alecia) (Entered: 03/25/2022) |
| 03/29/2022 | [61](#) | ORDER as to Joel Thomas, re: [57](#) MOTION to Modify Conditions of Release filed by Joel Thomas. The Court GRANTS IN PART and DENIES IN PART Defendant's Motion to Modify Supervised Release Conditions (Doc. # 57). The Motion is GRANTED with respect to removing Special Conditions 7, 8, 9, 10, and 11. The Motion is DENIED in all other respects. SO ORDERED by Judge Christine M. Arguello on 3/29/2022. (sphil, ) (Entered: 03/29/2022) |
| 04/08/2022 | [62](#) | MOTION to Reconsider re [61](#) Order by Joel Thomas. (sphil, ) (Entered: 04/11/2022) |
| 04/13/2022 | 63 | ORDER: The Government and Probation shall file their Response to [62](#) Defendant's Motion to Reconsider on or before 4/21/2022. SO ORDERED by Judge Christine M. Arguello on 4/13/2022. Text Only Entry (cmasec) (Entered: 04/13/2022) |
| 04/21/2022 | [64](#) | PROBATION RESPONSE re: [62](#) MOTION for Reconsideration re [61](#) Order (dbarri) (Entered: 04/21/2022) |
| 04/21/2022 | [65](#) | RESPONSE to Motion by USA as to Joel Thomas re [62](#) MOTION for Reconsideration re [61](#) Order,, Terminate Motions, (Riewerts, Alecia) (Entered: 04/21/2022) |
| 04/22/2022 | [66](#) | RESTRICTED DOCUMENT - Level 1: by USA as to Joel Thomas (Attachments: # [1](#) Exhibit Intake Screening ("Att. 1"), # [2](#) Exhibit SOMP Intake Screening ("Att. 2"), # [3](#) Exhibit Dr. VDW Declaration ("Att. 3"))(Riewerts, Alecia) (Entered: 04/22/2022) |
| 04/22/2022 | [67](#) | MOTION for Leave to Restrict by USA as to Joel Thomas. (Attachments: # [1](#) Proposed Order (PDF Only))(Riewerts, Alecia) (Entered: 04/22/2022) |
| 04/28/2022 | [68](#) | ORDER denying [62](#) Defendants Motion to Reconsider, by Judge Christine M. Arguello on 04/28/2022. (sdunb, ) (Entered: 04/28/2022) |
| 05/02/2022 | 69 | ORDER: Granting [67](#) Motion for Leave to Restrict. Doc. [66](#) , all exhibits attached thereto, and any orders that may reveal the contents of these documents shall have a Level 1 Restriction. SO ORDERED by Judge Christine M. Arguello on 5/2/2022. Text Only Entry (cmasec) (Entered: 05/02/2022) |
| 05/04/2022 | [70](#) | Defendant's RESPONSE to [65](#) government's Response to Motion to [62](#) MOTION for Reconsideration filed by Joel Thomas (sphil, ) (Entered: 05/05/2022) |
| 05/06/2022 | [71](#) | NOTICE OF APPEAL re [61](#) Order, [68](#) Order on Motion for Reconsideration by Joel Thomas. (sphil, ) (Entered: 05/09/2022) |