

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 02 2023

JEFFREY P. COLWELL
CLERK

19-cr-397-CMA
#76

DENVER CO 802
SPECIAL MAIL
10 FEB 2023 PM 7 L
neopost
02/10/2023
US POSTAGE
$00.60⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

PRESENCE OF THE
INMATE

RETURN TO SENDER
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE NAME/NUMBER
NOT AT THIS ADDRESS
NO FORWARDING ADDRESS ✗

Joel Thomas
#45461-013
FCI - ENGLEWOOD
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

NIXIE          805  DC 1            0002/28/23
          RETURN TO SENDER
          REFUSED
          UNABLE TO FORWARD
BC: 80294250099     *0007-06632-10-45