**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 335-2174
Christine_M_Arguello@cod.uscourts.gov

**CHRISTINE M. ARGUELLO**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**     Jeffrey P. Colwell, Clerk
            Attn: Docketing Team

**FROM:**   Judge Christine M. Arguello

**DATE:**   December 20, 2023

**RE:**     19-cr-00397-CMA
            USA v. Joel Thomas

    Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.