# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00397-CNS-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Joel THOMAS,

    Defendant.

---

## ORDER REGARDING REQUEST FOR COMPLIANCE REVIEW HEARING

---

THIS MATTER is before the Court upon request by the probation officer to issue a summons for the defendant to appear at a compliance review hearing.

HAVING considered the probation officer's petition, the Court

\_\_\_\_ ORDERS the issuance of a summons.

\_\_\_\_ DENIES the request with further instruction:

\_\_\_\_ DENIES the request without reconsideration at this time.

DATED at Denver, Colorado, this \_\_\_\_\_ day of February, 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge