AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JOEL THOMAS<br><br>*Defendant* | )<br>)<br>)<br>)  Case No.   1:19CR00397-1<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of Court

| Place: | United States District Judge Charlotte N. Sweeney<br>Alfred A. Arraj Courthouse/901 19th Street<br>Denver, Colorado | Courtroom No.:   A702 |
|---|---|---|
| | | Date and Time: |

This offense is briefly described as follows:

Compliance Review Hearing


Date: _____

_____
*Issuing officer's signature*

_____
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted


Date: _____

_____
*Server's signature*

_____
*Printed name and title*