**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00397-CNS-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Joel THOMAS,

    Defendant.

---

**ORDER REGARDING REQUEST FOR COMPLIANCE REVIEW HEARING**

---

THIS MATTER is before the Court upon request by the probation officer to issue a summons for the defendant to appear at a compliance review hearing.

HAVING considered the probation officer's petition, the Court

__x__    ORDERS the issuance of a summons.

____    DENIES the request with further instruction:

____    DENIES the request without reconsideration at this time.

DATED at Denver, Colorado, this __8th__ day of February 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge