AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| JOEL THOMAS | ) Case No. 1:19CR00397-1 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of Court

| Place: | United States District Judge Charlotte N. Sweeney<br>Alfred A. Arraj Courthouse/901 19th Street<br>Denver, Colorado | Courtroom No.: A702 |
|---|---|---|
| | | Date and Time: February 22, 2022 at 1:00 p.m. |

This offense is briefly described as follows:
Compliance Review Hearing

Date: February 8, 2024

s/ J. Dynes, Deputy Clerk for
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 2/9/2024

*Server's signature*

Kenneth Evans, U.S. Probation Officer
*Printed name and title*