IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

| | | | |
|---|---|---|---|
| Civil Action: | 19-cr-00397-CNS | Date: | February 22, 2024 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Kenneth Evans |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA **Plaintiff** | *Alecia Riewerts* |
| v. | |
| 1. JOEL THOMAS **Defendant** | *Douglas Richards* |

---

### COURTROOM MINUTES

---

**COMPLIANCE REVIEW HEARING**

**Court in session:**  1:01 p.m.

Appearance of counsel.

Defendant is present on summons.

The Court outlines the history of the case and conditions of supervised release.

Defendant is advised of the consequences of failing to comply with the terms and conditions of supervised release.

**Court in recess**:  1:08 p.m.          Hearing concluded.          Total time:  00:07