# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00397-001

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Joel THOMAS,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_ ORDERS the issuance of an arrest warrant.

\_\_\_\_ ORDERS the issuance of a summons.

\_\_\_\_ DENIES the request.

DATED at Denver, Colorado, this _Day_ day of May, 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge