AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:19-cr-00397-CNS-1 |
| JOEL THOMAS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOEL THOMAS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Request to Use an Internet Capable Device and to Install Software/Hardware to Monitor Computer Activities;
Ct. 2: Making False Statement(s) to the Probation Officer; and
Ct. 3: Failure to Comply with the Rules and Regulations Specified by the Sex Offender Treatment Agency.

Date: 05/14/2024

s/ J. Dynes, Deputy Clerk for
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*