UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                  Case No. 19-cr-00397-CNS

JOEL THOMAS,

        Defendant.

## DETENTION ORDER

On May 20, 2024, the undersigned U.S. Magistrate Judge, James P. O'Hara, conducted the defendant's initial appearance with regard to a petition to revoke supervised release (ECF No. 86). Defendant indicated he wished to waive both a preliminary hearing and a detention hearing. Given the current state of the record, the court finds defendant has failed to show by clear and convincing evidence that his release pending the final revocation hearing would not pose a serious flight risk or danger to the community. Therefore, the court orders the defendant detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: May 20, 2024                          s/ James P. O'Hara
                                                    U.S. Magistrate Judge James P. O'Hara