AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By USMS D/CO at 4:35 pm, May 14, 2024

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 MAY 22 AM 11:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-cr-00397-CNS-1 |
| | ) | |
| JOEL THOMAS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JOEL THOMAS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Request to Use an Internet Capable Device and to Install Software/Hardware to Monitor Computer Activities;
Ct. 2: Making False Statement(s) to the Probation Officer; and
Ct. 3: Failure to Comply with the Rules and Regulations Specified by the Sex Offender Treatment Agency.

Date:    05/14/2024

s/ J. Dynes, Deputy Clerk for
*Issuing officer's signature*

City and state:    Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/14/24, and the person was arrested on *(date)* 5/20/24
at *(city and state)* DENVER, CO.

Date: 5/20/24

*Arresting officer's signature*

DUSM THOMAS ROHN
*Printed name and title*

CO-PROB12C
(Revised 11/23-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. VS. JOEL THOMAS                                                DKT. NO. 1:19-cr-00397-1

## PETITION FOR WARRANT ON PERSON UNDER SUPERVISION

COMES NOW, Kenneth Evans, Senior United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Joel Thomas, who was placed on supervision by the Honorable Christine M. Arguello, sitting in the United States District Court in Denver, Colorado, on January 13, 2020. The defendant was sentenced to 48 months' imprisonment and 5 years' supervised release for an offense of Access with Intent to View Child Pornography, in violation of 18 U.S.C. 2252A(a)(5)(B) and (b)(2). Supervision commenced on June 30, 2023, and is set to expire on June 29, 2028. On February 8, 2024, a Petition for Summons on Person Under Supervision [Document 81] was requested and a Compliance Review Hearing was ordered and then held on February 22, 2024. As noted in the judgment [Document 33], the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **FAILURE TO REQUEST TO USE AN INTERNET CAPABLE DEVICE AND TO INSTALL SOFTWARE/HARDWARE TO MONITOR COMPUTER ACTIVITIES**

From November 2023 through April 2024, the defendant failed to notify his probation officer of all Internet access devices to which he had access and to install software/hardware to monitor computer activity, which constitutes a Grade C violation of supervised release.

On or about April 22, 2024, Senior USPO Maravilla Fontes and I completed a home visit and learned the defendant possessed an unauthorized/unmonitored Internet capable Motorola smartphone (Model: moto g play (XT2271DL); IMEI: 354215681840084). Despite the defendant's continued denial, the device was in the immediate vicinity of the defendant during the home visit and his wife stated she had never seen the device. The device was also actively connected to the defendant's home Wi-Fi network and a VPN network.

A forensic search of the device further displayed Gmail correspondence with the defendant's e-mail address, joelsthomas99@gmail.com, and Wi-Fi connectivity with his home (TheDood5G and TheDood2G) and work(+MAV+) Wi-Fi networks.