## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:19-CR-00397-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOEL THOMAS

      Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR 60 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE

---

Defendant Joel Thomas, by and through his attorney, hereby submits this unopposed Motion for an Order to Continue the August 1, 2024 Hearing on Revocation of Supervised Release for 60 days, and in support thereof states:

A hearing on the revocation of supervised release is scheduled for August 1, 2024, at 9:00 a.m. The Defendant anticipates the government's evidence will include technical violations as well as new law violations.

Undersigned counsel has conferred with the Assistant United States Attorney and learned that the government's forensic review of the defendant's electronic devices is ongoing and should be completed within 60 days. At that point, the Defendant will seek to negotiate a global disposition with the government to resolve any allegations

that he has violated Supervised Release as well as any new law violations. The government has expressed similar support for a global disposition of all matters.

WHEREFORE, the Defendant requests a 60-day continuance of the August 1, 2024 hearing so that the Government can complete their forensic investigation and the parties can engage in meaningful negotiations with the goal of reaching a global resolution.

Dated this 22nd day of July 2024, in Denver, Colorado.

Respectfully submitted,

*s/ Douglas I. Richards*
Douglas I. Richards
**RICHARDS CARRINGTON, LLC**
1444 Blake Street
Denver, Colorado 80202
Telephone:303-962-2690
Facsimile:303-962-2691
doug@richardscarrington.com
*Attorney for Defendant* Joel Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22nd, 2024, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR 60 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia L. Riewerts
Alecia.Riewerts@usdoj.gov
*Attorney for the Government*

*s/ Claire Webb*
Claire Webb, Paralegal