**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:19-CR-00397-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS

    Defendant.

---

**ORDER TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE**

---

    This matter is before the Court on the Defendant's Unopposed Motion for 60 Day Continuance of the Hearing on Revocation of Supervised Release. Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Accordingly, it is:

    ORDERED that the August 1, 2024 Hearing on Revocation of Supervised Release is continued to _____.

    Dated this \_\_\_ day of July, 2024.

                                          BY THE COURT:

                                        _____
                                        THE HON. CHARLOTTE N. SWEENEY
                                        UNITED STATES DISTRICT COURT