# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00397-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS,

    Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Undersigned Counsel, Wadi Muhaisen, hereby respectfully requests permission to withdraw as counsel of record for Defendant Joel Thomas in the above-captioned matter.

1. Since the filing of Document 41 and the Court's ruling on that motion, Defendant has secured representation by Doug Richards, Esq., who continues to actively represent him.

2. Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel states that good cause exists for this withdrawal, and that all parties have been duly notified.

3. Withdrawal shall be effective only upon entry of a court order.

4. This motion does not violate any rules of professional conduct,

5. Defendant, through his counsel, is in compliance with all court orders and deadlines.

DATED at Denver, Colorado, this 28th day of October, 2024,

    /S/ Wadi Muhaisen
    Muhaisen & Muhaisen, LLC
    1225 17th Street, Suite 2520
    Denver, CO 80202
    303-872-0084
    wadi@muhaisenlaw.com

## **Certificate of Service**

I hereby certify that on October 28, 2024 I presented the foregoing to the Clerk of Court for filing via ECF and served the above electronically to all attorneys of record.

    /S/ Wadi Muhaisen