IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Criminal Action No. 1:19-CR-00397-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS

    Defendant.

---

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR 60 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE**

---

Defendant Joel Thomas, by and through his attorney, hereby submits this third unopposed Motion for an Order to Continue the January 14, 2025 Hearing on Revocation of Supervised Release for 60 days, and in support thereof states:

A hearing on the revocation of supervised release is scheduled for January 14, 2025, at 1:30 p.m. The Defendant anticipates the government's evidence will include technical violations as well as new law violations as initially described in the Petition For Warrant On Person Under Supervision. [Doc. 86 at ¶ 3].

Undersigned counsel has conferred with the Assistant United States Attorney and learned that the government's forensic review of the defendant's electronic devices is pending. Once completed, the Defendant will seek to negotiate a global disposition

with the government to resolve any allegations that he has violated Supervised Release as well as any new law violations.  The government has expressed similar support for a global disposition of all matters.

WHEREFORE, the Defendant requests a 60-day continuance of the January 14, 2025 hearing so that the Government can complete their forensic investigation and the parties can engage in meaningful negotiations with the goal of reaching a global resolution.

Dated this 7th day of January 2025, in Denver, Colorado.

Respectfully submitted,

*s/ Douglas I. Richards*
Douglas I. Richards
**RICHARDS CARRINGTON, LLC**
1444 Blake Street
Denver, Colorado 80202
Telephone:303-962-2690
Facsimile:303-962-2691
doug@richardscarrington.com
*Attorney for Defendant* Joel Thomas

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the foregoing **DEFENDANT'S THIRD UNOPPOSED MOTION FOR 60 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia L. Riewerts
    Alecia.Riewerts@usdoj.gov
    *Attorney for the Government*

                                            *s/ Claire Webb*
                                            Claire Webb, Paralegal