**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:19-CR-00397-CNS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOEL THOMAS

     Defendant.

___

**ORDER TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE**

___

This matter is before the Court on the Defendant's Unopposed Motion for 60 Day Continuance of the Hearing on Revocation of Supervised Release.  Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.  Accordingly, it is:

ORDERED that the January 14, 2025 Hearing on Revocation of Supervised Release is continued to _____.

Dated this ___ day of _____, 2025.

BY THE COURT:


_____
THE HON. CHARLOTTE N. SWEENEY
UNITED STATES DISTRICT COURT