**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:19-CR-00397-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOEL THOMAS

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR 30 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE**

---

Defendant Joel Thomas, by and through his attorney, hereby submits this Unopposed Motion for an Order to Continue the April 4, 2025, Hearing on Revocation of Supervised Release for 30 days, and in support thereof states:

The Defendant and the Government have engaged in plea negotiations and have reached an agreement in principle. Due to the nature of the proposed plea, the Government will need time to draft the plea agreement and obtain supervisor approval. Undersigned counsel will then need time to review the plea agreement with the Defendant, who is currently incarcerated at the Scotts Bluff County Detention Center in Gering, Nebraska. Undersigned counsel and the Government do not believe this can be accomplished in advance of the April 4, 2025 hearing. The parties are confident that

a 30-day continuation of the Supervised Release Hearing will provide ample time to resolve the case.

WHEREFORE, the Defendant requests a 30-day continuance of the April 4, 2025, hearing.

Dated this 18th day of March 2025, in Denver, Colorado.

    Respectfully submitted,

    *s/ Douglas I. Richards*
    Douglas I. Richards
    **RICHARDS CARRINGTON, LLC**
    1444 Blake Street
    Denver, Colorado 80202
    Telephone:303-962-2690
    Facsimile:303-962-2691
    doug@richardscarrington.com
    *Attorney for Defendant* Joel Thomas

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR 30 DAY CONTINUANCE OF THE HEARING ON REVOCATION OF SUPERVISED RELEASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia L. Riewerts
Alecia.Riewerts@usdoj.gov
*Attorney for the Government*

                                              *s/ Claire Webb*
                                              Claire Webb, Paralegal