IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cr-00397-CNS | Date: | May 8, 2025 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Kenneth Evans |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Alecia Riewerts* |
| v. | |
| 1. JOEL THOMAS<br>**Defendant** | *Douglas Richards* |

## COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION**

**Court in session:** 9:05 a.m.

Appearance of counsel.

Defendant is present in custody.

The Court outlines the history of the case and conditions of supervised release.

The defendant admits to violations alleged in the Petition on Supervised Release [86].

Plea Agreement (Court Exhibit 1) tendered to the Court.

Defendant sworn.

Defendant's right to trial by jury and other constitutional rights explained if the Government proceeded to file a new law violation.

Factual basis for the plea agreed upon as outlined in the plea agreement.

Defendant advised of sentencing guidelines and appeal rights.

Defendant withdraws Objections at ECF No. 109.

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:  Defendant's supervised release is revoked.**

**The defendant is resentenced to the Bureau of Prisons for a term of 60 months**

The Court RECOMMENDS that the defendant be credited for time served prior to sentencing.

**ORDERED:  Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 10 years.**

**Standard/Mandatory/Special Conditions of Supervised Release, as stated on the record.**

The defendant is advised of the limited right to appeal.

The Court RECOMMENDS that the defendant be placed at FCI Englewood.

**ORDERED:  The defendant is REMANDED to the custody of the United States Marshal.**

**Court in recess**: 10:04 a.m.            Hearing concluded.            Total time:  00:59